IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In the Bankruptcy Matter of: | Bankruptcy No. 07-23872 |
| Dwight W. Goble, and | Judge A. Benjamin Goldgar |
| Deanna M. Goble | Chapter: 13 |
| Debtors. | |

## NOTICE OF STATEMENT OF OUTSTANDING OBLIGATIONS

      NOTICE IS HEREBY GIVEN, that HSBC Mortgage Services hereby agrees with the February 17, 2012 Notice of Payment of Final Mortgage Cure Under Rule 3002.1(f) e served upon HSBC Mortgage Services, by the Trustee. In response, HSBC Mortgage Services hereby states the following:

1. HSBC Mortgage Services hereby considers any default listed in claim 4-1 to be fully paid and cured.
2. HSBC Mortgage Services declares that at this time the Debtor is current on post petition payments.

      /s/ Andrew E. Houha
      Andrew E. Houha, ARDC #6216265
      Attorney for HSBC Mortgage Services

Andrew E. Houha
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**

THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE